UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAJAI CALIP,

    Plaintiff,

v.

M.E.I.C., et al.,

    Defendants.

Case No. 15-cv-02357-MEJ

**ORDER TO SHOW CAUSE**

On May 27, 2015, Plaintiff Tajai Calip filed a Complaint against Defendants "Dr. Brooks" and insurance company "M.E.I.C." for the death of her infant daughter, as well as an Application to Proceed In Forma Pauperis ("IFP"). Plaintiff consented to magistrate judge jurisdiction on June 10, 2015. Dkt. No. 5. After reviewing Plaintiff's IFP Application, the Court was unable to determine whether Plaintiff is entitled to proceed in forma pauperis and ordered her to provide the following information:

> (1) Whether she is presently employed, and if so, the amount of her gross and net salary or wages received per month. If Plaintiff is presently unemployed, she should state the date of her last employment and the amount of the gross and net salary or wages per month that she received from that prior employment.
>
> (2) If she receives money from "Business, Profession or self employment" and/or "Federal or State welfare payments, Social Security or other government source," which specific sources provide those funds and how much does she receive from each per month?

Dkt. No. 6. The Court warned Plaintiff that if she did not file a responsive declaration by July 1, 2015, her Complaint may be dismissed. *Id.* Plaintiff failed to respond.

Based on this inaction, the Court hereby ORDERS Plaintiff Tajai Calip to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by July 29, 2015. If a responsive declaration is filed,

the Court shall either issue an order based on the declaration or conduct a hearing on August 12, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided to Plaintiff that the Court shall dismiss the case without a hearing if a responsive declaration is not filed.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 15, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAJAI CALIP,

    Plaintiff,

v.

M.E.I.C., et al.,

    Defendants.

Case No.  15-cv-02357-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tajai  Calip
8806 Hillside Street
P.O. Box 4892
Oakland, CA 94605

Dated: July 15, 2015

Richard W. Wieking
Clerk, United States District Court

By: _____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

3