1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                           NORTHERN DISTRICT OF CALIFORNIA

7

8      TAJAI CALIP,                                  Case No.  15-cv-02357-MEJ

                      Plaintiff,
9                                                    **ORDER DISCHARGING ORDER TO**
                                                     **SHOW CAUSE**
10         v.
                                                     Re: Dkt. No. 7
11     M.E.I.C., et al.,

12                    Defendants.

13

14          On May 27, 2015, Plaintiff Tajai Calip filed a Complaint against Defendants "Dr. Brooks"

15  and insurance company "M.E.I.C." for the death of her infant daughter, as well as an Application

16  to Proceed In Forma Pauperis ("IFP").  Plaintiff consented to magistrate judge jurisdiction on June

17  10, 2015.  Dkt. No. 5.  After reviewing Plaintiff's IFP Application, the Court was unable to

18  determine whether Plaintiff is entitled to proceed IFP and ordered her to provide a supplemental

19  declaration.  Dkt. No. 6.  The Court warned Plaintiff that if she did not file the responsive

20  declaration by July 1, 2015, her Complaint may be dismissed.  *Id.*  Plaintiff failed to respond by

21  that date, and on July 15, 2015, the Court issued an Order to Show Cause to Plaintiff as to why

22  this case should not be dismissed for failure to prosecute and failure to comply with court

23  deadlines.  Dkt. No. 7.  However, it appears that Plaintiff filed an amended IFP Application on

24  July 13, 2015, but it was not entered into the docket for this case until July 17, 2015, after the

25  Court issued the Order to Show Cause.  *See* Dkt. No. 8.

26          Although the amended IFP Application does not precisely comply with the Court's Order

27  for Plaintiff to file a responsive declaration, it does demonstrate Plaintiff's intent to continue

28  prosecuting this action and appears to address the Court's earlier concerns.  Accordingly, the

*United States District Court*
*Northern District of California*

Court **DISCHARGES** the Order to Show Cause and **VACATES** the related response and hearing deadlines.  The Court will issue a separate order addressing Plaintiff's IFP Application.

Plaintiff is reminded that, for all future filings, she must comply with all Court orders and deadlines.  Failure to comply may result in the dismissal of her case.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge