UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAJAI CALIP,

        Plaintiff,

   v.

M.E.I.C., et al.,

        Defendants.

Case No. 15-cv-02357-MEJ

**ORDER RE: DEADLINE TO FILE SECOND AMENDED COMPLAINT**

Re: Dkt. Nos. 14, 15

On August 3, 2015, the Court granted Plaintiff Tajai Calip's Application to Proceed in Forma Pauperis (Dkt. No. 12), and on October 15, 2015, the Court dismissed Plaintiff's First Amended Complaint without prejudice, allowing Plaintiff leave to file a Second Amended Complaint by November 12, 2015 (Dkt. No. 14). Rather than filing an amended complaint, on November 12, 2015, Plaintiff filed a document entitled "Plaintiff Opposing Motion to Dismiss Action." Dkt. No. 15. This document was not properly filed as Plaintiff's case is currently dismissed; the only way for her to revive this action is to file a Second Amended Complaint as detailed in the Court's October 15th Order. Nonetheless, given Plaintiff's apparent confusion, the Court will permit her one more opportunity to file a Second Amended Complaint. Plaintiff may file a Second Amended Complaint **by December 29, 2015**; failure to do so will result in dismissal of this action with prejudice, i.e., Plaintiff will not have any further opportunities to amend her complaint and the action will be terminated. The Court is also including a copy of its October 15th Order so that Plaintiff's Second Amended Complaint, if she chooses to file it, may address the issues in that Order.

    **IT IS SO ORDERED.**

Dated: November 30, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge