UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJAI CALIP,<br><br>       Plaintiff,<br><br>   v.<br><br>M.E.I.C., et al.,<br><br>       Defendants. | Case No.  15-cv-02357-MEJ<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On May 27, 2015, pro se Plaintiff Tajai Calip filed the above-captioned case. Dkt. No. 1. After granting her application to proceed in forma pauperis, the Court conducted multiple rounds of screening pursuant to 28 U.S.C. § 1915(a). In doing so, the Court dismissed two of Plaintiff's complaints, granting her leave to amend following each dismissal. *See* Dkt. Nos. 12, 14. Plaintiff did not file an amended complaint in response to the Court's latest order dismissing her claims (Dkt. No. 14), and on November 30, 2015, the Court issued an Order extending the deadline by which Plaintiff could file an amended complaint. Dkt. No. 16. In that Order, the Court informed Plaintiff that failure to file an amended complaint by December 29, 2015 would result in the dismissal of her case with prejudice, i.e., without further opportunity to amend and terminating the case. *Id.* As of the date of this Order, Plaintiff has not filed an amended complaint. Based on this procedural history, the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk of Court shall close the file.

   **IT IS SO ORDERED.**

Dated: January 25, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge